No. 4239.

(Court of Appeal, Parish of Orleans.)

## MRS. VIRGINIA WILD, WIDOW, ETC., VS. THE MINORS WILD.

1. There is nothing prohibiting heirs in a succession from consent-
ing to the sale of particular properties therein, or to a partial parti-
tion thereof.

Appeal from Civil District Court, Division "E."

McCloskey & Benedict, for Plaintiff and Appellee.

Denegre & Blair, H. H. Chaffe, for J. Koch, Appellant.

MOORE, J. This was a suit to compel a specific perform-
ance of a contract of promise to sell a certain piece of real prop-
erty.

Defendant refused to take title on the ground that the
partition proceedings under which the property in question was
acquired is illegal, improper and informal, and not binding on
the minors because the succession in which the partition proceed-
ings were held was the owner of two pieces of real estate,
whereas the partition proceedings attempted to partition only
one piece of property, and not the whole succession; that a
partial partition is an anomaly in law, and does not divest the
interest of the minors in the said property in such a way as
to prevent them, when they become of age, from claiming their
interest therein.

There was judgment in favor of the plaintiff decreeing the
title good and commanding the defendant to comply with his
obligation to purchase. From this judgment the Defendant ap-
peals.

The facts in this case are on "all fours" with Carrollton
Land and Improvement Co., Ltd., vs. Eureka Homestead So-
ciety, 119 La. So. Rep., Vol. 44, No. 7, p. 434, in which case
it is held that there is nothing prohibiting heirs in a succession
from consenting to the sale of particular properties therein or
to a partial partition thereof.

The judgment appealed from must, therefore, be and it is
hereby affirmed.